**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| ALONQUINETTE SMITH | CIVIL ACTION NO. 25-0790-P |
| VERSUS | JUDGE DONALD E. WALTER |
| CADDO CORRECTIONAL CENTER ERT, ET AL | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendants' Motion to Dismiss (Doc. 16) is **GRANTED** and that all claims against all defendants are **DISMISSED WITH PREJUDICE** for failure to state a claim on which relief may be granted.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 12th day of August, 2026.

Donald E. Walter

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE